| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT | **FILED**<br>AUG 14 2023<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOSE DECASTRO,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.,<br><br>        Defendants-Appellees. | No.   23-16089<br><br>D.C. No.<br>2:23-cv-00580-APG-EJY<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

    The appeal filed August 11, 2023 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 applies. The briefing schedule is established as follows: appellant's opening brief is due September 11, 2023; appellees' answering brief is due October 10, 2023; and appellant's optional reply brief is due within 21 days after service of the answering brief.

    The appeal and any motions pending at the time briefing is completed will be referred to the next available panel for disposition.

    No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

    Failure to file timely the opening brief will result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT